BEFORE THE THIRD DIVISION, FEBRUARY 27, 1963

No. 67468.—United China & Glass Co. *v.* United States, protests 62/5234 and 62/5235 (Seattle).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.